**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

J.R., a minor, by and through
Jennifer Rhines, her next friend
and mother, et al.,

      Plaintiffs,

v.                                              CV No. 17-0431 RB/CG

CHRIS STANDLEY, et al.,

      Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 18) filed June 28, 2017. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 23), filed July 6, 2017.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE