**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

J.R., by and through Jennifer Rhines,
her next friend and mother, et al.,

      Plaintiffs,

v.                                      CV No. 17-0431 RB/CG

CHRIS STANDLEY, et al.,

      Defendants.

## <u>ORDER GRANTING MOTION TO EXTEND EXPERT WITNESS DEADLINES</u>

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion to Extend the Deadline for the Disclosure of Expert Witnesses*, (Doc. 40), filed August 15, 2017, wherein the parties ask the Court to extend the parties' deadlines to disclose expert witnesses and provide expert reports by thirty days. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Plaintiff's Unopposed Motion to Extend the Deadline for the Disclosure of Expert Witnesses*, (Doc. 40), is **GRANTED**, the parties' deadlines are extended as follows:

1. Plaintiffs shall disclose expert witnesses and provide expert reports by **November 30, 2017**; and

2. Defendants shall disclose expert witnesses and provide expert reports by **December 30, 2017**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE