IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

J.R., a minor, by and through
Jennifer Rhines, her next friend
and mother, et al.,

      Plaintiffs,

v.                                                 CV No. 17-0431 RB/CG

CHRIS STANDLEY, et al.,

      Defendants.

## ORDER SETTING EXPEDITED BRIEFING AND MOTION HEARING

**THIS MATTER** is before the Court *sua sponte* upon notification by the parties of a discovery dispute. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the dispute as follows:

1) Plaintiffs shall file a motion to compel no later than **noon on Thursday, October 5, 2017**;

2) Defendants shall file a response to Plaintiffs' motion no later than **noon on Tuesday, October 10, 2017**; and

3) Plaintiffs shall file a reply no later than noon on **Thursday, October 12, 2017**.

**IT IS FURTHER ORDERED** that the Court shall hear oral argument on the motion by telephone on **Thursday, October 12, 2017, at 1:30 p.m.** Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE