**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

J.R., a minor, by and through
Jennifer Rhines, her next friend
and mother, et al.,

      Plaintiffs,

v.                                                    CV No. 17-431 RB/CG

CHRIS STANDLEY, et al.,

      Defendants.

## ORDER VACATING MOTION HEARING

**THIS MATTER** is before the Court upon Plaintiffs' *Notice of Withdrawal of Plaintiffs' Motion to Compel Production of Documents*, (Doc. 60).

**IT IS THEREFORE ORDERED** that the hearing on *Plaintiffs' Motion to Compel Production of Documents and Memorandum in Support Thereof*, (Doc. 56), scheduled for Thursday, October 12, 2017, at 1:30 p.m., is hereby **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE