# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

J.R., a minor, by and through
Jennifer Rhines, her next friend
and mother, et al.,

       Plaintiffs,

v.                                                      CV No. 17-0431 RB/CG

CHRIS STANDLEY, et al.,

       Defendants.

## ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM

**THIS MATTER** is before the Court on Plaintiffs' *Unopposed Motion for Appointment of Guardian Ad Litem for Settlement Involving a Minor*, (Doc. 70), filed November 27, 2017. The Court, having reviewed the Motion, noting that it is unopposed, and being fully advised in the premises, finds that Plaintiffs' Motion is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that Michael Newell is appointed Guardian ad Litem for Plaintiff J.R. to review the terms of the proposed settlement and to submit to the Court a written report with observations and recommendations concerning the proposed settlement.

**IT IS FURTHER ORDERED** that Mr. Newell shall have access to J.R.'s medical and other records which are relevant to the issues in this case, and any provider or other person is hereby authorized to release copies of records and information to him.

                                                  _____
                                                  THE HONORABLE CARMEN E. GARZA
                                                  UNITED STATES MAGISTRATE JUDGE