IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

J.R., by and through Jennifer Rhines,
her next friend and mother, et al.,

    Plaintiffs,

v.                                                            CV No. 17-431 RB/CG

CHRIS STANDLEY, et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on review of the record. The parties reached a settlement in this matter, and the settlement was approved by the presiding judge on January 16, 2018. (Doc. 75)

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **February 16, 2018**.

                                              _____
                                              THE HONORABLE CARMEN E. GARZA
                                              UNITED STATES MAGISTRATE JUDGE